IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-296-D

NATIONAL ALLIANCE FOR          )
ACCESSIBILITY, INC., and       )
DENISE PAYNE,                  )
                               )
              Plaintiffs,      )
                               )
       v.                      )          **ORDER**
                               )
VARIETY STORES, INC.,          )
                               )
              Defendant.       )

On July 13, 2012, defendant filed a motion to dismiss plaintiffs' amended complaint [D.E. 11]. On August 20, 2012, plaintiffs filed a motion for leave to file a second amended complaint [D.E. 17] and a memorandum in support [D.E. 18].

After considering plaintiffs' motion for leave to file a second amended complaint in accordance with the governing standard, plaintiffs' motion [D.E. 17] is GRANTED. See Fed. R. Civ. P. 15(a)(2). Plaintiffs shall file the second amended complaint attached to their motion not later than January 18, 2013. Defendant shall respond to the second amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(3). Defendant's motion to dismiss [D.E.11] is denied as MOOT.

SO ORDERED. This _11_ day of January 2013.

JAMES C. DEVER III
Chief United States District Judge